CALIFORNIA
NORTHSTATE
UNIVERSITY

Secure Processing Center
P.O. Box 3825
Suwanee, GA 30024



7-1-3239 ********** AUTO**ALL FOR AADC 300
Ganesh Sankar

Dear Ganesh Sankar:

December 21, 2023

California Northstate University ("CNSU") is committed to protecting the information we maintain. We are writing to inform you of an incident that may have involved some of your information. This notice explains the incident, measures we have taken, and steps you may take in response.

**What Happened?**

CNSU recently completed its investigation of an incident that involved unauthorized access to certain University computer systems. Upon identifying the incident, we immediately secured the systems involved and began an investigation. Through the investigation, we determined that between February 12, 2023 and February 13, 2023, an unauthorized actor potentially accessed and obtained certain files stored on our servers.

**What Information Was Involved?**

We reviewed the files that were potentially involved and on November 2, 2023 we identified one or more file(s) containing your name in combination with your Social Security number.

**What You Can Do:**

We are offering you a complimentary one-year membership in Experian's® IdentityWorks℠. This product helps detect possible misuse of your information and provides you with identity protection support focused on immediate identification and resolution of identity theft. IdentityWorks is free and enrolling in this program will not affect your credit score. For more information on IdentityWorks, including instructions on how to activate your complimentary one-year membership and steps you can take to protect your information, please see the pages that follow this letter.

**What We are Doing:**

We regret any concern this incident may cause you. To help prevent a similar incident from occurring again, we have implemented additional security measures to enhance the security of our network.

**For More Information:**

If you have any questions, please call 833-627-2690 Monday through Friday from 9:00 am to 5:00 pm, Pacific Time.

Sincerely,

*Dr. Alvin Cheung*

Dr. Alvin Cheung,
President and CEO