Case 2:24-cv-00473-DAD-JDP   Document 35   Filed 01/13/25   Page 1 of 2



United States District Court
Eastern District of California

GANESH SANKAR, ERIKA TITUS-LAY, JARED CAVANAUGH, and KIMBERLY VONGNALITH, individually, and on behalf of all others similarly situated,

Plaintiff(s)

V.

CALIFORNIA NORTHSTATE UNIVERSITY, LLC,

Defendant(s)

Case Number: 2:24-cv-00473-DAD-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cassandra P. Miller hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

On 11/09/2006 (date), I was admitted to practice and presently in good standing in the State of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 1/10/2025    Signature of Applicant: /s/ *Cassandra P. Miller*

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cassandra P. Miller |
| Law Firm Name: | STRAUSS BORRELLI PLLC |
| Address: | 980 N. Michigan Ave., Suite 1610 |
| City: | Chicago   State: IL   Zip: 60611 |
| Phone Number w/Area Code: | (872) 263-1100 |
| City and State of Residence: | Chicago, IL |
| Primary E-mail Address: | cmiller@straussborrelli.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Andrew G. Gunem |
| Law Firm Name: | Strauss Borrelli PLLC |
| Address: | 2261 Market Street, Suite 22946 |
| City: | San Francisco   State: CA   Zip: 94114 |
| Phone Number w/Area Code: | (872) 263-1100 |
| Bar #: | 354042 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 10, 2025

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT