Andrew G. Gunem, CSB No. 354042
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
andrewg@straussborrelli.com
cmiller@straussborrelli.com

[Additional Counsel in Signature Block]

*Attorney for Plaintiffs and the Proposed Classes*

Bethany G. Lukitsch, CSB No. 314376
blukitsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA 90025
Telephone: 310-820-8800

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANESH SANKAR, ERIKA TITUS-LAY, JARED CAVANAUGH, AND KIMBERLY VONGNALITH, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>CALIFORNIA NORTHSTATE UNIVERSITY, LLC,<br><br>                    Defendant. | Lead Case No. 2:24-cv-00473-DAD-JDP<br>Member Case No. 2:24-cv-01231-DAD-JDP |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiffs Ganesh Sankar, Erika Titus-Lay, Jared Cavanaugh, and Kimberly Vongnalith ("Plaintiffs") and Defendant California Northstate University, LLC ("Defendant") (collectively,

- 1 -
JOINT STATUS REPORT REGARDING SETTLEMENT

the "Parties"), through their undersigned counsel, submit this Joint Status Report pursuant to the Court's January 22, 2025 Order. ECF No. 37.

On January 21, 2025, the Parties notified the Court that they had reached an agreement on the material terms of a class settlement. ECF No. 36. The Court subsequently set a deadline of February 11, 2025 for the Parties to file the Motion for Preliminary Approval, or submit a joint status report regarding settlement progress. ECF No. 37.

Since notifying the Court of the settlement, the Parties have been diligently working to finalize the settlement agreement and related exhibits, including class notices, reviewing bids for notice and settlement administration, and preparing other supporting documents for the motion for preliminary approval.

Several drafts of the settlement documents have been exchanged between the Parties and the Parties are near completion on all settlement documents. The Parties anticipate completing all settlement documents within the next 14 days, and Plaintiffs anticipate filing a motion for preliminary approval no later than February 25, 2025.

WHEREFORE, the Parties respectfully request that the Court grant Plaintiffs until February 25, 2025, to file a motion for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement at that time.

Dated: February 10, 2025                    Respectfully submitted,

For Plaintiffs:                             For Defendant:

By: /s/*Andrew G. Gunem*                    By: /s/ *Bethany G. Lukitsch*
Andrew G. Gunem, CSB No. 354042             (as authorized on 2/09/2025)
Cassandra Miller (*Pro Hac Vice*)           Bethany G. Lukitsch, CSB No. 314376
**STRAUSS BORRELLI PLLC**                   **BAKER & HOSTETLER LLP**
One Magnificent Mile                        Sean P. Killeen, CSB 320644
980 N Michigan Avenue, Suite 1610           Ciara N. Westbrooks CSB, 348637
Chicago IL, 60611                           11601 Wilshire Blvd, Suite 1400
Telephone: (872) 263-1100                   Los Angeles, CA 90025
Facsimile: (872) 263-1109                   Telephone: 310-820-8800
andrewg@straussborrelli.com                 blukitsch@bakerlaw.com
                                            skilleen@bakerlaw.com

cmiller@straussborrelli.com

cwestbrooks@bakerlaw.com

*Attorneys for Defendant*

Kristen Lake Cardoso, CSB No. 338762
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Boulevard Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-990-2218
cardoso@kolawyers.com

Leanna A. Loginov (*Pro Hac Vice*)
**SHAMIS & GENTILE, P.A**.
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
lloginov@shamisgentile.com

Scott Edelsberg, CSB No. 330990
**EDELSBERG LAW, P.A.**
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305.975.3320
scott@edelsberglaw.com

*Attorneys for Plaintiffs*

- 3 -
JOINT STATUS REPORT REGARDING SETTLEMENT

**ATTESTATION**

I, Andrew G. Gunem, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Bethany G. Lukitsch, attorney for Defendant, has concurred in this filing.

Dated: February 10, 2025                    By: /s/ *Andrew G. Gunem*

**(PROPOSED) ORDER**

Based on the parties' Joint Status Report on Settlement,

IT IS HEREBY ORDERED that Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement by February 25, 2025.

IT IS SO ORDERED

_____                                  _____