UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANESH SANKAR, et al., | No. 2:24-cv-00473-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING |
| CALIFORNIA NORTHSTATE UNIVERSITY, LLC, | (Doc. No. 42) |
| Defendant. | |

This matter is before the court on plaintiffs' motion for preliminary approval of class action settlement. (Doc. No. 42.) The court finds the motion as filed to be insufficient in many respects. Accordingly, plaintiffs[1] are directed to file supplemental briefing addressing the following issues or providing the following information:

1. Whether there are any conflicts of interest between plaintiffs and the Class Members;
2. The legal experience of plaintiffs' counsel Andrew Gerald Gunem;
3. A more detailed account of the parties' arms-length negotiations;
4. The guaranteed maximum cost of administering the settlement;
5. The anticipated net settlement amount;

---

[1] Defendant is permitted but not required to file supplemental briefing.

1

6. The average class member recovery in light of the net settlement amount;

7. The estimated maximum potential damages associated with plaintiffs' claims assuming a finding of liability on all claims, cumulatively and for each of plaintiffs' claims individually, along with evidence supporting these figures;

8. Details regarding the proposed release of claims and support for the scope of that release;

9. The class period, if any;

10. Neither the postcard nor long-form notices appear to contain the "the class claims, issues, or defenses." Fed. R. Civ. P. 23(b)(3). The court invites plaintiffs to direct the court to the relevant portions of the notices detailing the class claims, issues, or defenses, or to attach to their supplemental briefing amended notices that include the class claims, issues, or defenses if that information is not presently included;

11. The following deadlines:

    a. The deadline for the Settlement Administrator to prepare a declaration confirming the Notice Program was completed, describing how the Notice Program was completed, indicating the number of Claim Forms received, providing the names of each individual in the Settlement Class who timely and properly requested to opt-out from the Settlement Class, indicating the number of objections received, and other information as may be necessary to allow the parties to seek and obtain Final Approval;

    b. The deadline for defendant to deposit the settlement amount with the Settlement Administrator; and

    c. Plaintiffs set certain dates by specifying a set number of days before "the original date of the Final Approval Hearing." (Doc. No. 42-1 at 76.) That original date was set as August 4, 2025. (*Id.*) Considering that this date has passed, plaintiffs are invited to specify a new "original date of the Final Approval Hearing" or to otherwise reset those deadlines. The deadlines at issue include the deadline for filing motion for final approval, the end of the objection period, the end of the opt-out period, and the claim form deadline. (*Id.*)

Plaintiffs shall file a supplemental brief with the court addressing only these issues no later than October 21, 2025.

IT IS SO ORDERED.

Dated: **September 30, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3