Cassandra P. Miller
Andrew G. Gunem (SBN 354042)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
agunem@straussborrelli.com

[Additional Counsel in Signature Block]

*Attorneys for Plaintiffs and the Proposed Settlement Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**GANESH SANKAR, ERIKA TITUS-LAY, JARED CAVANAUGH,** and **KIMBERLY VONGNALITH**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**CALIFORNIA NORTHSTATE UNIVERSITY, LLC**,

Defendant.

Lead Case No. 2:24-cv-00473-DAD-JDP

**SUPPLEMENT IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**1. CY PRES**

The Parties agree that any unpaid cash residue and unclaimed or abandoned funds shall be distributed, with Court approval, to Privacy Rights Clearinghouse ("PRC") as the *cy pres* recipient. PRC is a 501(c)(3) non-profit organization committed to advancing data privacy for all by expanding access to information, increasing participation in policy discussions, and advocating for stronger rights.

PRC bears "a direct nexus" to the claims and interests of the Settlement Class because it provides education, advocacy, and assistance to individuals impacted by data breaches, identity theft, and privacy violations—the same harms alleged here. *Lane v. Facebook, Inc*., 696 F.3d 811, 829 (9th Cir. 2012). Distribution of residual funds to PRC will support efforts to prevent future data breaches and protect individuals' sensitive personal information, thereby benefiting the Settlement Class Members and similarly situated individuals going forward.

**2. ATTORNEYS' FEES**

The Supplemental Declaration of Class Counsel in Further Support of Plaintiffs' Motion for Application for Attorneys' Fees, Costs, and Service Awards, setting forth details regarding Class Counsel's requested fee, including a lodestar crosscheck, is attached as ***Exhibit A***.

**3. MEDIAN/MEAN RECOVERY PER CLASS MEMBER**

As explained at the April 23, 2026 hearing, a median or mean recovery figure is not particularly informative in this case given the structure of the Settlement, which provides for multiple categories of relief based on each claimant's election, including ***pro rata*** cash payments, reimbursement for documented losses, and credit monitoring. Because the value of relief varies depending on the benefit selected, a single median or mean recovery figure would not accurately reflect the distribution of Settlement benefits across the class.

Nonetheless, to address any concerns, the Supplemental Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement ("Kroll Declaration"), attached as ***Exhibit B***, provides updated information regarding the distribution of Settlement benefits and claimant elections, including a breakdown of claims and estimated

recovery by benefit category, which more accurately reflects the value of the Settlement to participating class members.

**4. ADMINISTRATIVE COSTS**

The Kroll Declaration, attached as ***Exhibit B***, provides additional details regarding the scope of the settlement administration and associated costs, including the cost for credit monitoring, Kroll's time and costs incurred to date, Kroll's work performed to date and anticipated through completion, the estimated total costs, and a breakdown of claims submitted.

Specifically, and as set forth in the Kroll Declaration, Kroll has billed $37,782.27 through March 31, 2026 and estimates an additional $26,427.23 to complete administration, for a total estimated cost of $64,209.50. *See* Kroll Decl. ¶¶ 13–16. This is below the previously disclosed cap of $75,600. *Id*. These costs reflect the full scope of administration, including notice, claim processing, deficiency review, and distribution of benefits.

On a per-capita basis, the estimated total cost equates to approximately $6.43 per class member (based on a class size of 9,978), which falls within—or below—the range cited by the Court at preliminary approval. *See* Doc. 48 at 26–27 (noting that $75,600 would be "on the higher end" of administration costs).

By comparison, the cases cited by the Court reflect administration costs ranging from approximately $7.24 to $28.63 per class member. *See, e.g., Mondrian v. Trius Trucking, Inc.*, No. 1:19-cv-00884-DAD-SKO, 2022 U.S. Dist. LEXIS 113021, at *23 (E.D. Cal. June 27, 2022) (administration costs of "less than $15,000" for "approximately 524 members" equates to approximately $28.63 per person); *Castro v. Paragon Indus.*, No. 1:19-cv-00755-DAD-SKO, 2020 U.S. Dist. LEXIS 73765, at *19 (E.D. Cal. Apr. 24, 2020) (administration costs of $15,000 for "approximately 1,447 members" equates to approximately $10.37 per person); *Gonzalez v. CoreCivic of Tenn., LLC*, No. 1:16-cv-01891-DAD-JLT, 2020 U.S. Dist. LEXIS 52840, at *13-14 (E.D. Cal. Mar. 26, 2020) (administration costs of $15,000 for "approximately 1,070 members" equates to approximately $14.02 per person); *Dakota Med., Inc. v. RehabCare Grp., Inc.*, No. 1:14-cv-02081-DAD-BAM, 2017 U.S. Dist. LEXIS 59812, at *24 (E.D. Cal. Apr. 19, 2017)

(administration costs of $94,000 for 12,976 class members equates to $7.24 per person); *Aguilar v. Wawona Frozen Foods*, No. 1:15-cv-00093-DAD-EPG, 2017 U.S. Dist. LEXIS 4320, at *21 (E.D. Cal. Jan. 11, 2017) (administration costs of $45,000 for "4,557 members" equates to approximately $9.87 per person).

Accordingly, the requested administration costs are reasonable, supported by the record and consistent with, if not lower than, those approved in comparable cases.

Dated: May 4, 2026

Respectfully submitted,

By: */s/ Cassandra P. Miller*

Cassandra P. Miller*
Andrew G. Gunem (SBN 354042)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago Illinois, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
agunem@straussborrelli.com

Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
One W. Las Olas Blvd., Ste. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 990-2218
cardoso@kolawyers.com

Scott Edelsberg (SBN 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E #1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
lloginov@shamisgentile.com

*Pro Hac Vice*

*Attorneys for Plaintiffs and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 4th day of May, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com